```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  10/16/2025  
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BASHIR RAHEE and MUSSARAT BANO,

                     Plaintiffs,

-against-

UNITED STATES DEPARTMENT OF STATE,

                     Defendant.

25 Civ. 4841 (AT)

**ORDER**

ANALISA TORRES District Judge:

    On June 16, 2025, the Court ordered the parties to submit a joint letter and proposed case management plan by October 14, 2025. ECF No. 9. Those submissions are now overdue. Accordingly, by **November 17, 2025**, the parties shall submit their joint letter and proposed case management plan.

    SO ORDERED.

Dated: October 16, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge